IN THE CIRCUIT COURT IN AND FOR PASCO, FLORIDA
CASE NO.: 2011-CA-2727

DAWN MARIE SULLIVAN,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, DAWN MARIE SULLIVAN, by and through the undersigned attorneys, sues the Defendant, WAL-MART STORES EAST, LP., and complains as follows:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of costs.

2. That at all times material herein, Defendant, WAL-MART STORES EAST, LP was the owner and/or operator of the premises located at 7631 Gall Boulevard, Zephyrhills, Pasco County, Florida.

3. That at all times material herein, said premises was being operated as a retail store open to the public.

4. That on or about August 4, 2009, Plaintiff, DAWN MARIE SULLIVAN, was an invitee on the aforementioned premises to purchase pet supplies.

5. That on August 4, 2009, the Defendant, WAL-MART STORES EAST, LP and/or its employees, agents or representatives, negligently caused or permitted a hazardous condition, to wit: water or other liquid on the floor near the restrooms near the exit which was not open and obvious to the patrons.

6. On August 4, 2009, the Plaintiff, DAWN MARIE SULLIVAN, paid for her items and was exiting the aforesaid premises when, without warning, she slipped on a wet floor near the restrooms close to the exit.

7. The presence water or other liquid on the floor in a traffic area in which the Plaintiff slipped constituted a dangerous condition in that it created an unnecessary and unreasonable hazard in an area likely to be traversed by invitees.

8. Defendant, WAL-MART STORES EAST, LP knew, or in the exercise of reasonable care, should have known of the dangerous condition on its premises, and was under a duty to maintain and provide a reasonably safe walkway for invitees of the Defendant.

9. Defendant, WAL-MART STORES EAST, LP failed to exercise reasonable care in the following particulars:

   (a) Allowed the dangerous condition to exist for a long enough period of time that the Defendants knew, or by the exercise of reasonable care should have known, of the existence of the said dangerous condition and yet failed to exercise reasonable care in correcting the condition.

   (b) Failed to warn of the dangerous condition when the defendant knew or in the exercise of reasonable care and diligence should have been aware of the hazardous condition.

   (c) Failed to remove the water or other liquid from the floor in the area traveled by Plaintiff.

   (d) Failed to maintain their floors in such a way to prevent the possibility of patrons from slipping on spilled liquids in an area walked by business invitees.

10. That as a direct and proximate result of the conduct of the Defendant, WAL-MART STORES EAST, LP, its employees, agents and/or representatives, as alleged, the

Plaintiff, DAWN MARIE SULLIVAN, was injured; and the Plaintiff has sustained the following past and future damages:

    (a)    Bodily injury;

    (b)    Pain and suffering;

    (c)    Disability;

    (d)    Mental anguish;

    (e)    Disfigurement;

    (f)    Loss of capacity for the enjoyment of life;

    (g)    Loss or diminution of earnings or earning capacity;

    (h)    Medical and related expenses in seeking a cure for the injuries;

    (i)    Aggravation of previously existing conditions or diseases.

WHEREFORE, Plaintiff demands a trial by jury and a judgment against the Defendant, WAL-MART STORES EAST, LP for an amount within the jurisdictional limits of this Court to-wit more than Fifteen Thousand Dollars ($15,000.00) plus costs and interest from the date of the incident alleged herein.

Dated this 12th day of July, 2011.

                  [    PERENICH, CAULFIELD,
                      AVRIL & NOYES, P.A.

                      _____
                      MATTHEW E. NOYES, ESQUIRE
                      1875 North Belcher Road, Suite 201
                      Clearwater, FL 33765
                      (727) 796-8282; Fax (727) 797-3667
                      FBN: 0081515
                      Attorneys for Plaintiff