UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAWN MARIE SULLIVAN,

    Plaintiff,

v.                              Case No. 8:11-cv-1597-T-MAP

WAL-MART STORES, EAST, LP,

    Defendant.
_____/

**ORDER**

Defendant has filed a notice of acceptance of Plaintiff's proposed settlement resolving this case (doc. 57).[1]  Based on the foregoing, and pursuant to Local Rule 3.08(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty days from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause.  After that sixty-day period, however, without further Order, this dismissal shall be WITH PREJUDICE.  The Clerk is directed to (1) close the case and (2) terminate all previously scheduled deadlines and pending motions.

DONE AND ORDERED at Tampa, Florida on January 3, 2013.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to my jurisdiction (doc. 8).